IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK A. BRUCE,

      Plaintiff,

v.

LAURA KELLY, et al.,

      Defendants.

Case No. 20-4077-DDC

# TRIAL ORDER

This case is set for jury trial beginning on **Monday, February 5, 2024, at 9:00 a.m. in Courtroom 403 of the Frank Carlson Federal Building, 444 S.E. Quincy, Topeka, Kansas 66683.** The court sets the following deadlines for the upcoming trial. The trial deadlines established in this Order supersede any deadlines established for these tasks in the Pretrial Order (Doc. 37):

    a.    The parties' final witness and exhibit disclosures pursuant to Fed. R. Civ. P. 26(a)(3)(A) shall be filed no later than **January 22, 2024.** The parties' final witness lists shall specify which witnesses will be called live, and which will be called via video or other transcribed deposition. Witnesses expected to testify as expert witnesses shall be so designated. Witnesses and exhibits disclosed by one party may be called or offered by any other party. The parties shall mark and exchange their exhibits no later than **January 29, 2024.** Plaintiff shall mark his exhibits beginning with Exhibit No. 1; defendants shall mark their exhibits beginning with Exhibit No. 400. Witnesses and exhibits not so disclosed and

exchanged as required by the court's order shall not be permitted to testify or be called.  The parties must file any objections to exhibits listed by another party under Fed. R. Civ. P. 26(a)(3)(B) no later than **January 29, 2024.**  The court will deem waived any objection not timely asserted, unless excused by the court for good cause shown.

**EXHIBITS**:   The parties are expected to use presentation technology available in the courtroom to display evidence to the jury.   Training on the equipment should be arranged well in advance of trial with the courtroom deputy.   See "Jury Evidence Recording System" which may be accessed on the district website at http://ksd.uscourts.gov/index.php/5898-2/ (*located under the "for attorneys" tab)*. The parties shall provide in electronic format any exhibits of documents, photographs, videos, and any other evidence that may be reduced to an electronic file no later than **January 29, 2024**, for the use of court personnel and the court's Jury Evidence Recording System (JERS) during trial.   Documents and photographs shall be in **.pdf, .jpg, .bmp, .tif,** or **.gif** format; video and audio recordings shall be in **.avi, .wmv, .mpg, .mp3, .wma,** or **.wav** format.   Each electronic exhibit shall be saved as a separate, independent file, and provided to the court on a storage device, such as cd, dvd, or flash drive.   Exhibit files shall be named consistent with their order and name on the exhibit list.

b.   Consistent with Fed. R. Civ. P. 26(a)(3)(A)(ii), any deposition testimony sought to be offered by a party other than to impeach a testifying witness shall be

designated by page and line in a filing made no later than **January 16, 2024.** Any counter-designations in accordance with Fed. R. Civ. P. 32(a)(6), together with any objections to designations made by the offering party, shall be filed no later than **January 22, 2024.** Any objections to the counter-designations shall be filed no later than **January 29, 2024.** The court will not entertain any objections to deposition testimony unless the parties have attempted in good faith to resolve the dispute among themselves either in person or via telephone conference. Where the court must resolve disputes about presenting deposition testimony at trial, the party seeking to offer the deposition testimony shall deliver a copy of the deposition at issue to the trial judge no later than **5:00 p.m. on February 2, 2024.** On this copy, those portions of any deposition which is intended to be presented at trial other than for impeachment on cross examination shall be marked by brackets in the margins with different colored highlighting. Red highlighting shall be used to identify the testimony that plaintiff has designated, blue highlighting shall be used by defendants, and green highlighting shall be used to identify the objections to any designated testimony. Plaintiff shall write his objections and responses to defendants' objections in the margins of the transcript in black ink; defendants shall write their objections and responses to plaintiff's objections in the margins in blue ink. If fewer than all of the defendants object, defendants' objections must specify the defendant(s) objecting, explicitly.

    c.    Motions in limine and motions to exclude or restrict the testimony of expert witnesses shall be filed by **January 16, 2024,** responses to such motions shall be filed on or before **January 29, 2024.   The parties shall not file reply briefs on such motions, but they may briefly present any necessary reply arguments at the in limine conference.**   The court will hear and decide any in limine motions at the final pretrial conference set for **Monday, February 5, 2024, at 8:30 a.m. in Courtroom 403.**   If the parties believe that hearing the in limine and expert motions on the morning of trial will complicate their preparation or frustrate the efficiency of the trial, they may contact Deputy Clerk Megan Garrett at (913) 907-1425 to arrange an earlier setting.

    d.    Because the Pretrial Order contemplates a jury trial, the court orders the parties to submit proposed jury instructions no later than **January 22, 2024,** and any objections to proposed jury instructions no later than **January 29, 2024.**   These deadlines do not implicitly decide the current dispute whether plaintiff is entitled to a jury trial.

    e.    The court will conduct voir dire of the prospective jurors and then permit the parties to conduct supplemental voir dire for up to thirty minutes per side.   If any party wishes for the court to ask particular questions during its portion of the voir dire, it must file such questions no later than **January 29, 2024.**

5

**IT IS SO ORDERED.**

**Dated this 4th day of January, 2024, at Kansas City, Kansas.**

<u>s/ Daniel D. Crabtree</u>
**Daniel D. Crabtree**
**United States District Judge**