IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK A. BRUCE,

          Plaintiff,

v.

LAURA KELLY, et al.,

          Defendants.

Case No. 20-4077-DDC

## VERDICT FORM

We, the jury, in the above-entitled cause, duly impaneled and sworn, upon our oaths present the following answer to the question submitted by the court:

1. Do you find plaintiff Mark A. Bruce has proven by a preponderance of the evidence that the resignation from his employment with the Kansas Highway Patrol was involuntary and coerced by the defendant, Governor Laura Kelly, acting through her Chief of Staff, William Lawrence?

   __✓__ Yes, his resignation was involuntary and coerced.

   _____ No, his resignation was voluntary.

Pick only one answer.

The foreperson of the jury must sign this Verdict and insert the date when that signature was inserted.

22

2/9/2024
Date


Foreperson